UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUCHARIA N. ANAKOR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-cv-428 (RJL) |
| ) | |
| KATHERINE ARCHULETA ) | |
| ) | **FILED** |
| Defendant. ) | |
| | FEB 1 0 2015 |
| | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 9th day of February, 2015, hereby

**ORDERED** that the Defendant's Motion for Summary Judgment [Dkt. #28] is **GRANTED**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　United States District Judge